UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

DAVID J. GARSIA, Plaintiff, Pro Se,

v.

WILLIAM "BILLY" PROCIDA; DEREK WEISSMAN; SILLS CUMMIS & GROSS P.C.;
MICHAEL R. LEIGHTON; 100 MILE FUND LLC; 100 MILE REIT INC.; 100 MILE RENARD
TOTOWA LLC; SPRUCE STREET PARTNERS LLC; STEVEN D. PLOFKER; BOBBI BROWN
PLOFKER; DINO TOMASSETTI; RON SIMONCINI; ERIC R. PERKINS; SHARI HARTSTEIN;
HARRY BYRNES; ERNEST RUCKER; NAI JAMES E. HANSON; PATRICIA A. STAIANO;
JOHN O'BOYLE; CHARLES FLORIO; ANDREW KOVAR; MARIO PROCIDA; PETER
PROCIDA; 468 TOTOWA OWNER, LLC;
JOHN DOES 1–10 – "Procida Entity Investors"
JANE DOES 11–20 – "Professional Enablers"
JOHN DOES 21–30 – "Shill Entity Operators"
JANE DOES 31–40 – "Retaliatory Agents"
JOHN DOES 41–50 – "Political and Public Sector Enablers"
JANE DOES 51–60 – "Community Organization Co-Conspirators"
Defendants.

Civil Action No. _____

COMPLAINT FOR CIVIL RICO VIOLATIONS, FRAUDULENT TRANSFER, CIVIL RIGHTS
VIOLATIONS, AND RELATED CLAIMS
JURY TRIAL DEMANDED

1. Plaintiff David J. Garsia, appearing pro se, brings this Complaint to expose and
   dismantle a coordinated criminal enterprise, recover stolen assets, and seek
   justice for violations of civil and constitutional rights.
2. This enterprise, led by Defendant William "Billy" Procida, spanned from 2018 to
   2025 and involved predatory lending, fraudulent property transfers, retaliation
   against whistleblowers, and suppression of speech.
3. Plaintiff incorporates by reference the federal Whistleblower Complaint submitted
   to the U.S. Trustee on June 21, 2025, attached as Exhibit B.

PARTIES

4. A complete list of named defendants, their roles, and addresses for service is
   attached as Exhibit A.

UNKNOWN BUT LIABLE DEFENDANTS

5. JOHN DOES 1–10 – "Procida Entity Investors": Unknown investors in
   Procida-controlled entities who financed the fraudulent scheme.
6. JANE DOES 11–20 – "Professional Enablers": Lawyers, brokers, and accountants
   who knowingly facilitated the transfers and suppressions.

7. JOHN DOES 21–30 – "Shill Entity Operators": Nominee members or LLC agents who enabled title fraud and laundering.
8. JANE DOES 31–40 – "Retaliatory Agents": Court officers and individuals who looted, surveilled, or threatened the Garsia family.
9. JOHN DOES 41–50 – "Political and Public Sector Enablers": Officials and government agents who facilitated the fraudulent scheme or suppressed investigation.
10. JANE DOES 51–60 – "Community Organization Co-Conspirators": Nonprofit leaders and board members who supported the hostile takeover.

## JURISDICTION AND VENUE

11. This Court has jurisdiction under:
- 28 U.S.C. § 1331 (federal question)
- 18 U.S.C. § 1964(c) (civil RICO)
- 28 U.S.C. § 1334; 11 U.S.C. § 548 (fraudulent transfer)
- 42 U.S.C. § 1983 (civil rights)
12. Venue is proper in the District of New Jersey under 28 U.S.C. § 1391.

## FACTUAL BACKGROUND

13. From 2018 through 2025, Defendants orchestrated a complex loan-to-own scheme targeting Plaintiff's properties.
14. The 468 Totowa Avenue property was transferred to a Procida shill entity via a fraudulent credit bid.
15. The Art Factory (Great Falls Industrial Park) was looted, suppressed, and taken over under color of bankruptcy proceedings.
16. Civil rights violations included unlawful eviction, document tampering, and coordinated suppression of Plaintiff's public speech.
17. Damages exceed $25 million, including personal losses, intellectual property, and lost future income.

## CAUSES OF ACTION

COUNT I: Civil RICO Violations (18 U.S.C. § 1962(c))
18. Defendants participated in a racketeering enterprise affecting interstate commerce.

COUNT II: RICO Conspiracy (18 U.S.C. § 1962(d))
19. Defendants knowingly conspired to commit RICO predicate acts.

COUNT III: Fraudulent Transfers (11 U.S.C. §§ 544, 548; NJ UFTA)
20. Properties were transferred with intent to hinder, delay, or defraud creditors.

COUNT IV: Civil Rights Violations (42 U.S.C. § 1983)
21. Plaintiff was deprived of rights under the First and Fourteenth Amendments.

**COUNT V: Aiding and Abetting**
22. Certain Defendants knowingly facilitated and enabled the wrongful conduct.

**PRAYER FOR RELIEF**

23. Plaintiff respectfully requests that this Court:
- Award treble damages under RICO
- Reverse fraudulent transfers
- Order restitution and return of seized property
- Enjoin further retaliation or suppression
- Award fees and costs
- Grant all other just and proper relief

**JURY DEMAND**
24. Plaintiff demands trial by jury on all triable issues.

Respectfully submitted,

DAVID J. GARSIA
Pro Se Plaintiff
54 Hunter Road
North Haledon, NJ 07508
create.artfactory@gmail.com
(201) 254-4840
Dated: June 23, 2025