**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID J. GARSIA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM "BILLY" PROCIDA, et al<br><br>Defendants. | Civil Action No. 25-12038 (SDW) (AME)<br>Civil Action No. 25-12101 (SDW) (AME)<br><br>**ORDER**<br><br>February 10, 2026 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon Defendants 100 Mile Fund LLC, 100 Mile REIT Inc, 100 Mile Renard Totowa LLC, 468 Totowa Owner LLC, Charles Florio, Andrew Kovar, Mario Procida, Peter Procida, William Procida, Ron Simoncini, Spruce Street Partners LLC, Dino Tomassetti, Derek Weissman, Stephen Plofker, Bobbi Brown Plofker, and Sills Cummis & Gross P.C. (collectively, the "100 Mile Defendants") seeking the dismissal of the above-captioned actions on the basis of pro se Plaintiff David J. Garsia's ("Plaintiff") lack of Article III standing (D.E. 9), and this Court having reviewed the parties' submissions; and for the reasons stated in this Court's opinion dated February 10, 2026.

**IT IS** on this 10th day of February 2026,

**ORDERED** that Plaintiff's Complaints in the above-captioned actions are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

/s/ *Susan D. Wigenton*
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
André M. Espinosa, U.S.M.J.