UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court: David J. Garsia v. Williar Docket No.: 2:25-cv-12038 (SDW) (AME

David J. Garsia, pro se
(Plaintiff)

Judge: Hon. Susan D. Wigenton, U

v.
William "Billy" Procida, et al
(Defendant)

**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit**

Notice is hereby given that David J. Garsia
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [ ] Order, [ ] Other Judgment/Order
(Specify)
of the United States District Court, District of New Jersey, entered in this action on
February 10, 2026.
(Date)

Dated: March 3, 2026

David J. Garsia
Appellant
168 Chestnut Street
Street
Ridgewood, NJ 07450
City, State, Zip
201-477-8883
Telephone

Gmail

**Art Factory <create.artfactory@gmail.com>**

---

# ADS Webform Submission: Your filing was submitted and will be processed.

---

**U.S. District Court for the District of New Jersey** <DO_NOT_REPLY@njd.uscourts.gov> Tue, Mar 3, 2026 at 9:13 AM
To: create.artfactory@gmail.com

Submitted on Tuesday, March 3, 2026 - 09:13

Submitted values are:

Name: David J. Garsia
Phone Number: 2014778883
Email Address: create.artfactory@gmail.com
Email Address Confirm: create.artfactory@gmail.com
Select the vicinage in which your submission should be filed: Newark
Case Number: 2:25-cv-12038 (SDW)(AME)
Case Caption: David J. Garsia v. William “Billy” Procida, et al.
Document 1 Description: Notice of Appeal
==More Documents==
Document 2 Description:
Document 3 Description:
Document 4 Description:
Document 5 Description: